Cause N.° W 219-80280-04-HC4

72,906-05

March 20, 2015

Nabbe: Eloy Diaz Gonzalez

TDC.CID Number: 1652026

Place of Confinement: Ramsey unit 1100, FM. 655

Rosharou. TX 77583

V.

Mr. Abel Acosta Clerk

Court of Criminal Appeals

of Texas

P.O. Box 12308, Capitol Station Austin.

Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

this is mosion from Court of Criminal Appeals of texas for Evidenciario Girrin.

to the Honorable Clerk Abel Acosta:

Comes now. Eloy Diaz Gonzalez, Relato, pro se in the above-Styled and numbered Cause of action and files this Original Application For Evidenciario Girrin pursuant to Articles. 48.01 and 48.03 for Recomendacion and advice of a majority B Relator of the board as authorized by the texas Constitution. Article IV. & H; and texas Code of Criminal Procedure,

1. Honorable Clerk Abel Acosta did you review may indictment complain/information. Judgment & Sentence if may is Eligibility for Consideration A full Pardon and Restoration of Citizenship, pursuant to Chapter 143, executive Clemency

Subchapter A. Full PARDON AND RESTORATION OF RIGHTS OF CITZENSHIP.

143.1. Authority to Grant Pardons

Except in cases of treason or impeachment after conviction the governor may grant a full pardon upon the recommen- -dation and advice of mejority of the board (texas Cons- -titution, Article IV. & 11; texas Code of Criminal Procedure Articles 48.01 and 48.03),

143.2. Pardons for Innocence.

a) On the grounds of innocence of the offense for which convicted the board will consider applications for recommendation to the governor for innocence for upon receipt of:

a-1-) a written recommendation of at least two of the current trial officials of the Court of Conviction with one trial official submitting documentary evidence of actual innocence; OR

a-2-) a Certified order or Judgement of a Court having jurisdiction accompanied by a Certified Copy of the findings of fact and Conclusions of law where the Court recommends that the Court of Criminal Appeals grant state habeas Relief on the grounds of actual innocence.

b) Evidence submitted under subsection (a)(1) of this section shall include the results and analysis of pre-trial and post-trial DNA tests or other forensic tests, if any may also include affidavits of witnesses upon which the recommendation of actual innocence is based

Date: 3-20-2015

Gonzalez Diaz Eloy
( Las Name Middle Name FirstName )

F. Certification By Applicant
  Eloy Diaz Gonzalez

Please read the following Statements carefully and indicate may understanding and acceptance by signing in the space provided. this application must be signed.

Eloy Diaz Gonzalez
this DATE March 20-2015
TDC.CID! number: 1652026
Place of Confinement: Ramsey unit 1100 FM 655
                            Rosharon tX 77583


I hereby give my permission to the Court of Criminal Appeals of texas   P.O. Box 12308 Capitol station Austin
   texas 78711
I understand that compliance with these requierements is sufficient for the Courts Consideration of this application but Compliance does not necessarily mean that favorable action Will Result
I hereby swear upon my oath that I am the subject herein named and facts Contained in this application are true and Correct,

                          Eloy Diaz Gonzalez, TDCJ.N 1652026
                          Applicant s Sinature (Full Name)
                               3-20-2015
                                DATE